AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McEwen, Catherine P. | Bankruptcy Court, M. Dist. Fla | 08/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

801 N. Florida Avenue
Suite 854
Tampa, Florida 33602-3899

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past president/sole board member. | Catherine Peek McEwen, P.A. (administratively dissolved) |
| 2. | Advisory Board Member | Salesian Youth Center (charitable organization) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 08/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 3/7-9/2013 | St. Petersburg, FL | Paskay seminar | Lodging, ground transportation, meals. |
| 2. | American Bankruptcy Institute | 3/10-12/2013 | New York, NY | Duberstein moot court competition | Air fare, lodging, ground transportation, tips, parking, and meals. |
| 3. | National Conference of Bankruptcy Judges | 4/8-9/2013 | Phoenix, AZ | Mid-Year Meeting | Air fare, lodging, ground transportation, tips, parking, and meals. |
| 4. | American Law Institute | 5/19-22/2013 | Wahsington, D.C. | Annual meeting | Subsidized air fare and lodging. |
| 5. | The Florida Bar | 6/26-28/2012 | Boca Raton, FL | Fla. Bar annual meeting | Air fare, lodging, ground transportation, tips, parking, and meals. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McEwen, Catherine P. | 08/13/2014 |

| | | | | |
|---|---|---|---|---|
| 6. | Jacksonville Bankruptcy Bar Association | 8/22-24/2013 | Jacksonville, FL | Annual seminar | Meals and lodging. |
| 7. | The Florida Bar | 8/31-9/2/2013 | Naples, FL | Fla. Bar Business Law Section retreat | Mileage, lodging, and meals. |
| 8. | National Conference of Bankruptcy Judges | 10/29-11/2/2013 | Atlanta, GA | Annual meeting | Air fare, ground transportation, lodging, |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 08/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Tampa Bay Bankruptcy Bar Association | Dues waiver ($85); regular lunches/holiday party,...cont'd in Pt. VIII. | $465.00 |
| 2. | American Bankruptcy Institute | Comp'd meals (est.), comp'd hotel, waived regis. fee re Pt. IV, lines 1-2 | $1,414.00 |
| 3. | The Florida Bar | Comp'd meals (est.) and waived registration fees (three meetings, one seminar). | $1,182.00 |
| 4. | Ray and Kathy Hyer/Gardner-Gibson, Inc./Sun Coatings, Inc. | UF FB Box tickets (8), UF v. GS (tickets, parking pass, food/beverages). | $2,059.67 |
| 5. | Jacksonville Bankruptcy Bar Ass'n | Comp'd meals (est.) and waived registration fee re Pt. IV, line 6. | $400.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank DDA/CD/savings/MMA accounts | A | Interest | K | T | | | | | |
| 2. State Farm Bank Account | A | Interest | J | T | | | | | |
| 3. State Farm Life Ins. Co. Var. Deferred Annuity (ROTH IRA) | A | Interest | J | T | | | | | |
| 4. AXA IRA #1 (SEP) (nos. 5-22 below) | | | | | | | | | |
| 5. -Oppenheimer Global Strat. Inc. A (OPSIX) | A | Dividend | | | Sold | 04/09/13 | J | A | |
| 6. -Oppenheimer Main St. Select A (OMSOX) | A | Dividend | | | Sold | 04/09/13 | J | A | |
| 7. -Oppenheimer Main St. Sm.-M/Cap Class A (OPMSX) | A | Dividend | | | Sold | 04/09/13 | J | A | |
| 8. -Oppenheimer Sm. and Mid Cap Value Class A (QVSCX) | A | Dividend | | | Sold | 04/09/13 | J | A | |
| 9. -Oppenheimer Select Value (OSVAX) | A | Dividend | | | Sold | 04/09/13 | J | A | |
| 10. -Oppenheimer Intl Diversified Class A (OIDAX) | A | Dividend | | | | | | | |
| 11. -OIDYX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 12. -Calamos Invt Trust New Growth Fund Class A (CVGRX) | A | Dividend | | | Sold | 04/09/13 | J | A | |
| 13. -Calamos Invt TR New Conv FD-Class A (CCVIX) | A | Dividend | | | Sold | 04/08/13 | J | A | |
| 14. -ASRAX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 15. -ATIAX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 16. -ABRZX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 17. -AGDAX | A | Dividend | J | T | Buy | 04/30/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -DPDFX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 19.  -FLSAX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 20.  -FAGAX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 21.  -FRDPX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 22.  -GABEX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 23.  Riversource (fka Ameriprise) IRA (Annuity) (nos. 24-32 below) | | | | | | | | | |
| 24.  -AllBern VPS Intl Val | A | Dividend | K | T | | | | | |
| 25.  -Fid VIP Contrafd Cl 2 | A | Dividend | K | T | | | | | |
| 26.  -Fid VIP Mid Cap Cl 2 | A | Dividend | K | T | | | | | |
| 27.  -COL VP Divnd Opp Cl3 | A | Dividend | K | T | | | | | |
| 28.  -COL Mid Cap Val Cl3 | A | Dividend | K | T | | | | | |
| 29.  -Wanger USA | A | Dividend | K | T | | | | | |
| 30.  -Wanger International | A | Dividend | K | T | | | | | |
| 31.  -FT VIP Small Cap Valu | A | Dividend | K | T | | | | | |
| 32.  -Oppenheimer Glbl Strgtc, Inc. | A | Dividend | K | T | | | | | |
| 33.  AXA IRA #2 (Reg. IRA) (nos. 34-37 below) | | | | | | | | | |
| 34.  -Thornburg Value Fund Class A M/F (R/O) (TVAFX) | | | | | Sold | 04/09/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Putnam Absolute Ret. 700-B (PDMBX) | A | Dividend | K | T | | | | | |
| 36. -PONPX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 37. -TPINX | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 38. JP Morgan Gov't MM Fund for AXA IRAs | A | Interest | J | T | | | | | |
| 39. Stock in Catherine Peek McEwen, P.A. (dissolved) | | None | J | W | | | | | |
| 40. Florida Prepaid Tuition Plan for GFP | | None | J | T | | | | | |
| 41. Florida Prepaid Tuition Plan for ATM | | None | | | Distributed | 11/01/13 | J | | ATM |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

V.

No. 1: and pizza lunches (est. $380), total value $465 (no individual gift item exceeds $134, although together all items exceed $335).

No. 2: I used the maximum registration fee, but my actual, if paid, would have been $180 less than reported.

VII.

No. 23: This annuity's name is RiverSource Life Insurance Company Retirement Advisor 4 Advantage VA.

Nos. 40-41: Pursuant to privacy recommendations, I have used the initials of the minors for whom I purchased these plans.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine P. McEwen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544